**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**William Timothy DRUMMOND,**
**Defendant–Appellant.**

**No. 07–14770**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 17, 2008.

Susan Hollis Rothstein–Youakim, U.S. Attorney's Office/ Middle Dist. of FL, Tampa, FL, for Plaintiff–Appellee.

James H. Burke, Jr., Federal Public Defender, Jacksonville, FL, for Defendant–Appellant.

Before CARNES, BARKETT and COX, Circuit Judges.

PER CURIAM:

James H. Burke, appointed counsel for William Timothy Drummond in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Drummond's conviction and sentence are **AFFIRMED.**